# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Kathryn Kennedy, | No. CV-16-00343-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Facilitec Incorporated, et al., | |
| Defendants. | |

Pursuant to the Parties' Stipulation to Dismiss Action with Prejudice (Doc. 31),

**IT IS ORDERED** this action is dismissed with prejudice, the Parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Interim Status Conference set for January 13, 2017 hearing is **VACATED**.

Dated this 19th day of September, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge